# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KEITH BARTELLI,

        Petitioner

        v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., CORRECTIONS OFFICER ROSS (RETREAT) SUPERINTENDENT MOONIE, (RETREAT) SUPERINTENDENT MICHAEL OVERMYER, (FOREST) MAJORS PAUL A. ENNIS AND CONRAD, (FOREST) CAPTAIN DUNCAN, (FOREST) UNIT MANAGERS LISA BEST AND M. CROWTHER, (FOREST) CORRECTIONS OFFICERS MENTEER, REED, P.A. POTTER, RITTENHOUSE, AND SGT. MONTOUR (FOREST),

        Respondents

: No. 31 WM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2019, the Application for Extraordinary Relief, the Application for Leave to Supplement, the Petition for Review, and the Petition for Injunctive Relief are DENIED.